THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD 
 NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED 
 BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Kelly Tention,       
Appellant.
 
 
 

Appeal From Lee County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2004-UP-524
Submitted October 1, 2004  Filed October 14, 2004

APPEAL DISMISSED

 
 
 
Acting Chief Attorney Joseph L. Savitz III, of Columbia, for 
 Appellant.  
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of 
 Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Kelly Tention appeals his guilty 
 plea to unlawful conduct toward a child and contributing to the delinquency 
 of a minor.  Counsel for Tention attached to the final brief a petition to be 
 relieved as counsel.  Tention filed a separate pro se response.
After a review of the record as required by Anders 
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable issues 
 that are arguable on their merits.  Accordingly, we dismiss Tentions appeal 
 and grant counsels petition to be relieved.
APPEAL DISMISSED.
STILWELL, BEATTY, and SHORT, JJ., concur.